FILED

08 APR -2 PM 3:38

BY: ECL  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

08 CR 1028 L

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) **I N D I C T M E N T** |
| v. | ) Title 21, U.S.C., Sec. 841(a)(1) – Possession of Methamphetamine with Intent to Distribute |
| RICARDO LOPEZ-NAVA, | ) |
| Defendant. | ) |

The grand jury charges:

On or about January 10, 2008, within the Southern District of California, defendant RICARDO LOPEZ-NAVA did knowingly and intentionally possess, with intent to distribute, 50 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 491 grams of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: April 2, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
W. MARK CONOVER
Assistant U.S. Attorney

WMC:fer:Imperial
3/28/08