FILED
08 APR -2 PM 3:38

BY: ECL  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 1028 L

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF RELATED CASE |
| RICARDO LOPEZ-NAVA, | ) |
| Defendant. | ) |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Ricardo Lopez-Nava, Criminal Case No. 08CR0335-L.

DATED: April 2, 2008.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney