1 **SHAFFY MOEEL**
California State Bar No. 238732
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: shaffy_moeel@fd.org

5 Attorneys for Mr. Lopez-Nava

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, ) | Case No. 08CR1028-L |
| 12         Plaintiff, ) | |
| 13 v. ) | **NOTICE OF MOTIONS AND MOTIONS TO:** |
| 14 **RICARDO LOPEZ-NAVA**, ) | |
| 15         Defendant. ) | **(1)   PRESERVE AND INSPECT EVIDENCE** |

17   Defendant, Ricardo Lopez-Nava, by and through his attorneys, Shaffy Moeel and Federal Defenders

18 of San Diego, Inc., hereby moves this Court for an order to preserve all evidence related to this case, to allow

19 her to inspect all evidence related to this case, and to re-weigh the drugs.

20                                    Respectfully submitted,

22 DATED:    April 10, 2008              */s/ Shaffy Moeel*
                                          **SHAFFY MOEEL**
23                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Mr. Lopez-Nava

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Stewart Young**
Assistant United States Attorney

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: April 10, 2008

          */s/ Shaffy Moeel*
SHAFFY MOEEL
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: Shaffy_Moeel@fd.org