UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR1028-L |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO PRESERVE AND RE-WEIGH EVIDENCE** |
| **RICARDO LOPEZ-NAVA**, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the United States government and its agents 1) make available to the defense attorney and her agents, for examination and photographing the vehicle seized in the above-captioned case, along with evidence found within the vehicle or on Mr. Lopez-Nava's person, including, but not limited to, the drugs seized; and 2) make available to the defense attorney and her agents, for examination and weighing, the drugs seized in the above-referenced case. The government and its agents are further ordered to preserve the narcotics, vehicle, evidence seized incident to the defendant's arrest, and items seized from the vehicle.

**IT IS SO ORDERED.**

DATED: April 15, 2008

M. James Lorenz
United States District Court Judge