1 **SHAFFY MOEEL**
California State Bar No. 238732
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
Telephone: (619) 234-8467
4 shaffy_moeel@fd.org

5 Attorneys for Mr. Lopez-Nava

6

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE M. JAMES LORENZ)**

11 UNITED STATES OF AMERICA,              )   CASE NO. 08CR1028-MJL
                                          )
12              Plaintiff,                )
                                          )   JOINT MOTION TO CONTINUE
13 v.                                     )   HEARING
                                          )
14 **RICARDO LOPEZ-NAVA**,                )
                                          )
15              Defendant.                )
                                          )
16 _____

17    Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Shaffy Moeel,

18 and Federal Defenders of San Diego, counsel for Mr. Lopez-Nava, along with Assistant United States

19 Attorney Stewart Young, that the motion hearing in the above-mentioned case should be continued from May

20 27, 2008 at 2:00 p.m. until June 30, 2008 at 2:00 p.m.

21    **SO STIPULATED.**

22

23 Dated: May 22, 2008                    */s/ Shaffy Moeel*
                                          SHAFFY MOEEL
24                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Mr. Lopez-Nava
25

26 Dated: May 22, 2008                    */s/ Stewart Young*
                                          STEWART YOUNG
27                                        Assistant United States Attorney

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Stewart Michael Young**
stewart.young@usdoj.gov,lilian.ruiz@usdoj.gov,efile.dkt.gc1@usdoj.gov

Dated: May 22, 2008            */s/ Shaffy Moeel*
SHAFFY MOEEL
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: Shaffy_Moeel@fd.org

08CR1028