1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10                     **(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR1028-L |
| Plaintiff, ) | |
| v. ) | ORDER TO CONTINUE |
| ) | MOTION HEARING |
| RICARDO LOPEZ-NAVA, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED**, that the motion hearing in the above-mentioned case, for Mr. Lopez-Nava, who is in custody, be continued from May 27, 2008 at 2:00 p.m. until June 30, 2008 at 2:00 p.m. as stipulated and agreed upon by all parties.

**SO ORDERED.**

DATED: May 23, 2008

_M. James Lorenz_
M. James Lorenz
United States District Court Judge